160 A.3d 703

JOE WALKER AND JO–ANN WALKER, PLAINTIFFS–RESPONDENTS, v. QUICK PICK SERVICE, DEFENDANT–PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003158–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.